THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SPECTRUM CREATIONS, L.P., ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL NO. SA-05-CV-0750-XR |
| ) | |
| CAROLYN KINDER ) | |
| INTERNATIONAL, LLC, ) | |
| Defendant ) | |

## CAROLYN KINDER INTERNATIONAL, LLC'S MOTION TO ENTER SCHEDULING ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW CAROLYN KINDER INTERNATIONAL, LLC ("CKI"), Defendant/Counter-Plaintiff herein, and files this its Motion to Enter Scheduling Order, and in support hereof shows the Court the following:

1. On August 17, 2005, the Court issued an Order which directed Plaintiff/Counter-Defendant SPECTRUM CREATIONS, L.P. ("SPECTRUM") to confer with CKI for the purpose of setting proposed scheduling order deadlines and, to submit to the Court a proposed scheduling order by October 7, 2005.

2. Counsel for CKI has raised the issue of preparing a scheduling order with SPECTRUM's counsel in two separate phone calls.

3. Because SPECTRUM's counsel failed to provide any proposed scheduling order deadlines to CKI, counsel for CKI sent SPECTRUM's counsel a letter dated October 3, 2005 requesting propose scheduling order deadlines. See attached Exhibit "A".

4.  To date, SPECTRUM has failed and refused to provide any proposed scheduling order deadlines to CKI.

5.  Due to SPECTRUM's failure to provide any proposed scheduling order deadlines, CKI submits its own proposed scheduling order setting the deadlines in this case. <u>See</u> attached Exhibit "B."

WHEREFORE, PREMISES CONSIDERED, CKI requests the Court grant its Motion to Enter Scheduling Order and enter CKI's proposed scheduling order and for such other and further relief, legal or equitable, to which Defendant shows itself to be justly entitled.

Respectfully submitted,

Glast, Phillips & Murray, P.C.
The Court Building
219 E. Houston, Suite 400
San Antonio, Texas 78205
(210) 244-4100
(210) 244-4198 Facsimile


By: _____
H.L. Buddy Socks
State Bar No. 18819800

Attorneys for Defendant/Counter-Plaintiff,
Carolyn Kinder International, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that Penny Habbeshaw, counsel of record for SPECTRUM CREATIONS, LP, was contacted by telephone call on _10-7-05_, to confer regarding this Motion to Compel Answers to Interrogatories. Ms. Habbeshaw could not be reached, therefore, the motion is presented to the Court.

_____
H.L. Buddy Socks

## CERTIFICATE OF SERVICE

I hereby certify that the above has been delivered by the method indicated on this the 7th th day of _October_, 2005 to:

Penny K. Habbeshaw                                           Via hand delivery
Habbeshaw & Kalmans, P.C.
The Colonnade, Suite 800
9901 I.H. 10 West
San Antonio, Texas 78230
210-699-8086
210-699-3409 (fax)

_____
H.L. Buddy Socks

# GLAST, PHILLIPS & MURRAY
A PROFESSIONAL CORPORATION

| ATTORNEYS AND COUNSELORS<br><br>**H. L. BUDDY SOCKS**<br>(210) 244-4119<br>bsocks@gpm-law.com | THE COURT BUILDING<br>219 E. HOUSTON ST., SUITE 400<br>SAN ANTONIO, TEXAS 78205<br>(210) 244-4100<br>(210) 244-4198 | DALLAS<br>(972) 419-8300<br><br>HOUSTON<br>(713) 237-3111 |

October 3, 2005

Penny K. Habbeshaw  
Habbeshaw & Kalmans, P.C.  
The Colonnade, Suite 800  
9901 I.H. 10 West  
San Antonio, Texas 78230

Via telecopy (210)699-3409

Re: *Spectrum Creations, LP v. Carolyn Kinder International, LLC*, Cause No. SA 05 CA 0750 XR; in the United States District Court for the Western District of Texas San Antonio Division

Dear Penny:

As I have noted in earlier letters to you, my calender shows that a Scheduling Order is due October 7, 2005. I have not yet received a draft for review and comments. I will need to visit with my client about the proposed deadlines, accordingly, I will need your draft as soon as possible.

As a second matter, as set out in my letter to you last week, we did not receive responses to the Defendant's Interrogatories that were sent to your client. Further, we have provided you with a proposed Protective and Confidentiality Order so that we can obtain copies of the documents that are responsive to our Request for Production of Documents. I would appreciate your forwarding those interrogatory responses to me immediately, together with the signed Protective and Confidentiality Order and, copies of the documents that we have requested. In the event we do not receive the requested discovery items/documents by the end of this week, we will have to seek relief from the Court by way of a Motion to Compel. If you have any questions, please do not hesitate to contact me.

Yours very truly,

*[signature]*

Glast, Phillips & Murray, P.C.  
By: H. L. Buddy Socks

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SPECTRUM CREATIONS, LP, § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. SA 05 CA 0750 XR |
| CAROLYN KINDER INTERNATIONAL, LLC § | |
| Defendant, § | |

## SCHEDULING ORDER

The Court enters the following deadlines to control the course of this case:

1.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by October 28, 2005.

2.      The parties shall advise if they agree the case is to be placed on the Expedited Docket and whether they consent to trial by the Magistrate Judge by September 12, 2005. If such consent is given, the form as set out in Appendix B-1 shall be used.

3.      The parties asserting claims for relief shall submit offer of settlement to opposing parties by November 18, 2005, and each opposing party shall respond, in writing by December 2, 2005.

4.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by March 1, 2006.

5.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P.

Scheduling Order                         Page 1


EXHIBIT B

26(a)(2)(B) by March 30, 2006. Parties resisting claims for relief shall file their their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by April 21, 2006. All designations of rebuttal experts shall be filed within 15 days of the receipt of the report of the opposing expert.

6.  The parties shall complete all discovery on or before May 26, 2006. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.  All dispositive motions shall be filed no later than June 16, 2006. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8.  This case is set for trail on                    at            a.m. The parties should consult Local Rule CV-16(e) regarding matters filed in advance of trial.

So Ordered this        day of              , 2005.

 

Hon. Xavier Rodriguez
United States District Judge