IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SPECTRUM CREATIONS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN KINDER INTERNATIONAL, LLC <br><br> Defendant. | § § § § § § § § § § § § CIVIL NO. SA-05-CV-0750-XR |

## PLAINTIFF'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff, SPECTRUM CREATIONS, L.P., pursuant to Local Rule CV-88 and the *Scheduling Order* entered by this Honorable Court, and file this report on Alternative Dispute Resolution. Plaintiff's and Defendant's counsel have discussed mediation of this case, and no agreement has been reached as to a time, place or mediator.

        Respectfully Submitted,

        TINSMAN, SCOTT & SCIANO, INC.
        One Riverwalk Place, 14th Floor
        700 North St. Mary's Street
        San Antonio, Texas 78205
        Telephone: (210) 226-3121
        Telecopier: (210) 225-6235

By: _____
        MARK LOUIS GREENWALD
        State Bar No. 08403750

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that a correct copy of the above and foregoing *PLAINTIFF'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION* has been served on this the 27th day of October, 2005, **via certified mail/return receipt requested**, on the following counsel for Defendant:

H.L. Buddy Socks
GLAST, PHILLIPS & MURRAY, P.C.
219 E. Houston Street, Suite 400
San Antonio, Texas 78205
(210) 244-4100
(210) 244-4198 Facsimile


**Courtesy Copy to:**

Penny K. Habbeshaw
9901 IH-10 West, Suite 800
San Antonio, Texas 78230
(210) 699-8086
(210) 699-3409 Facsimile

_____
MARK LOUIS GREENWALD